Robert C Weems (SBN 148156)
Weems Law Offices
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHANE CRUM,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant.[1] | Case 2:16-cv-02795-KJN<br><br>STIPULATION AND ORDER FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff shall have an extension of time to SEPTEMBER 30, 2017, to file Plaintiff's motion for summary judgment. This is Plaintiff's second request for an extension of time, the first extension being through August 13, 2017. Plaintiff requires the additional time due to the size of the administrative record (1059 pages) and unusual workload demands. Plaintiff's counsel was engaged in multiple trials in the Trinity County Superior Court during the week of August 7, 2017, post-trial briefing from a July trial in Contra Costa County, due August 16, 2017, and finalization of an opening brief on appeal to the Ninth Circuit submitted August 21, 2017, as well as other demands of counsel's civil and criminal calendar, which resulted in the inadvertent oversight of the filing deadline.

This request is made in good faith with no intention to unduly delay the proceedings.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the Defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

Stipulation

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly

SO STIPULATED AND AGREED:

Dated: September 1, 2017     WEEMS LAW OFFICES

/s/ Robert C. Weems
Robert C. Weems,
Attorney for Plaintiff

Dated: September 1, 2017     PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
DONNA WADE ANDERSON
Special Assistant United States Attorney

/s/Donna Wade Anderson
Donna Wade Anderson
Special Assistant United States Attorney and
Attorney for Defendant (per e-mail authorization)

SO ORDERED:

Dated: September 1, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE