PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| MICHAEL SHANE CRUM, | ) | Case No. 2:16-cv-02795-KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER FOR AN EXTENSION OF |
| | ) | TIME |
| NANCY A. BERRYHILL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until January 8, 2018. This is Defendant's second request for an extension of time to respond. Defense counsel requires additional time to obtain pages missing from the transcription of the administrative hearing, fully review the completed administrative record and consider the government's

1

position. Because the Court Case Preparation and Review Branch of the Office of Appellate Operations no longer has the original transcript, they must recontact the transcriber. Defense counsel's review of the record was delayed due to recent relocation and subsequent injury. The Commissioner will file a Supplemental Certified Administrative Record and is willing to stipulate to additional time, if necessary, for Plaintiff to consider the completed record. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: November 7, 2017        By:   */s/ Robert C. Weems\**
                                                            ROBERT C. WEEMS
                                                            Attorney for Plaintiff
                                                           (*By e-mail authorization on 11/07/17)

Dated: November 7, 2017        PHILLIP A. TALBERT
                                           United States Attorney
                                           DEBORAH LEE STACHEL
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

                                      By:   */s/ Donna W. Anderson*
                                                  DONNA W. ANDERSON
                                                  Special Assistant United States Attorney
                                                  Attorneys for Defendant

## ORDER

Based upon the parties' stipulation, defendant's time to respond to plaintiff's motion for summary judgment is extended until January 8, 2018. However, defendant shall file the supplemental administrative transcript as soon as possible, since the administrative transcript was originally filed on May 15, 2017. (ECF No. 12.)

Moreover, defendant is encouraged to file her cross motion for summary judgment before January 8, 2018, if possible. This matter was filed on November 24, 2016; defendant filed her answer and the administrative transcript on May 15, 2017; and plaintiff was granted two extensions to file his motion for summary judgement. (ECF Nos. 1, 11, 12, 14, 17.) Therefore, the court is disinclined to grant any further extensions in this matter.

IT SO ORDERED:

Dated: November 9, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE